```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

EDELMIRA GUERRERO, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY       22-cv-270 (JGK)
SITUATED,
                                        ORDER
                Plaintiff,

        - against -

My Cube, LLC,

                Defendant.

JOHN G. KOELTL, District Judge:

   The parties are directed to file a Rule 26(f) report by February 11, 2022.

SO ORDERED.

Dated:  New York, New York
        January 28, 2022

                                        _____
                                             John G. Koeltl
                                        United States District Judge